424 A.2d 496

**TRUST under Deed of Eugene W. GORDON.**

**Appeal of Eugene W. Gordon, Jr. et al.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 1980.

Decided Jan. 27, 1981.

Michael J. Daniels, Blue Bell, for appellant.

James S. Kilpatrick, Jr., Ardmore, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Montgomery County is affirmed. Each party to pay own costs.